■ In the Matter of WILLIE YELDER, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [65 NYS3d 464]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Peters, P.J., Garry, Rose, Clark and Aarons, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.